# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>ROBERT SCHULTZ | Case No. 18-23147<br>Chapter 13<br>Judge Pamela S. Hollis |
| Debtors. | Confirmation hearing:<br>10/19/2018 11:30 a.m. |

## WESGLEN PARKSIDE CONDOMINIUM ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED AUGUST 16, 2018

Now comes a certain Creditor, WESGLEN PARKSIDE CONDOMINIUM ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed August 16, 2018 states as follows:

1. Wesglen Parkside Condominium Association is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On October 4, 2018, Wesglen Parkside Condominium Association filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 1504 Azalea Circle, Romeoville, Illinois 60446. (Exhibit "A").

3. That pursuant to Wesglen Parkside Condominium Association's governing documents, which have been recorded with the Recorder of Deeds of Will County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Wesglen Parkside Condominium Association.

4. At the time Debtor filed the chapter 13 petition on August 16, 2018, Debtor owed the amount of $661.50 for past due assessments, late fees and attorney fees to Wesglen Parkside Condominium Association. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Wesglen Parkside Condominium Association's secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Wesglen Parkside Condominium Association's lien rights in Debtor's real estate and the proof of claim filed on October 4, 2018, Wesglen Parkside Condominium Association, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $661.50.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Wesglen Parkside Condominium Association, confirmation of Debtor's August 16, 2018 plan should be denied.

WHEREFORE, Wesglen Parkside Condominium Association prays this court for entry of the attached order denying confirmation of the Debtor's plan filed August 16, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

WESGLEN PARKSIDE CONDOMINIUM ASSOCIATION

By: /s/ Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446