**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

| | |
|---|---|
| In re: | Case No. 18-23147 |
| ROBERT SCHULTZ | Chapter 13 |
| | Judge Pamela S. Hollis |
| Debtors. | Confirmation hearing: |
| | 10/19/2018 11:30 a.m. |

---

## NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 12th day of October 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, WESGLEN PARKSIDE CONDOMINIUM ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED AUGUST 16, 2018, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 12th day of October, 2018.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 12th day of October, 2018.

_____
Notary Public

> OFFICIAL SEAL
> MICHELLE SCALES
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:08/17/20

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

Robert John Schultz
1504 Azalea Circle
Romeoville, Illinois 60446

Briana Czajka
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)